25-cv-15452
Judge Joan H. Lefkow
Magistrate Judge Jeannice W. Appenteng
Random CAT 3

(If you need additional space for ANY section, please attach an additional sheet and reference that section.)

FILED 12/18/2025 MAN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

BC

Case Title: ______________________ Case Number: ______________________

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Christina Butler

Street Address: ______________________

City/State/Zip: Naperville, IL 60540

Phone Number: ______________________

/s/ Christina Kay Butler
Signature

12/18/2025
Executed on (date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

Christinabutler215@gmail.com
**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

(If you need additional space for ANY section, please attach an additional sheet and reference that section.)