BC

25-cv-15452
Judge Joan H. Lefkow
Magistrate Judge Jeannice W. Appenteng
Random CAT 3

RECEIVED
12/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Christina K. Butler,**
Plaintiff,

v.

**The Lincoln National Life Insurance Company,**
Defendant.

FILED
1/5/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, Christina K. Butler (“Plaintiff”), for her Complaint against Defendant, The Lincoln National Life Insurance Company (“Lincoln” or “Defendant”), states as follows:

### I. NATURE OF THE ACTION

This is an action brought under the Employee Retirement Income Security Act of 1974 (“ERISA”), 29 U.S.C. §1001 et seq., and specifically under 29 U.S.C. §1132(a)(1)(B), to recover long-term disability (“LTD”) benefits wrongfully terminated by Defendant, to enforce Plaintiff’s rights under the terms of the LTD plan, and to clarify Plaintiff’s right to future benefits.

Plaintiff seeks reinstatement of LTD benefits, payment of past-due benefits, pre- and post-judgment interest, attorney’s fees and costs, and all other relief permitted by ERISA.

### II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction pursuant to 29 U.S.C. §1132(e)(1) and 28 U.S.C. §1331. Venue is proper in this District pursuant to 29 U.S.C. §1132(e)(2).

### III. PARTIES

Plaintiff Christina K. Butler is an adult resident of Naperville, Illinois and a participant in an ERISA-governed long-term disability plan. Defendant The Lincoln National Life Insurance Company is the insurer and claims administrator of the plan.

### IV. FACTUAL BACKGROUND

Plaintiff was employed as a Floral Designer and Buyer, a physically demanding occupation. Plaintiff became disabled due to ANCA-associated vasculitis, mononeuritis multiplex, neuropathy, foot drop, chronic pain, fatigue, and complications of immunosuppressive therapy. Lincoln initially approved LTD benefits but terminated them on or about December 19, 2024. Plaintiff appealed. Lincoln relied on a paper-only peer review and upheld the denial without a full and fair review.

**V. CLAIM FOR RELIEF (ERISA §502(a)(1)(B))**
Lincoln’s termination of benefits was arbitrary and capricious and unsupported by substantial evidence. Plaintiff remains unable to perform the material and substantial duties of her own occupation.

**VI. RELIEF REQUESTED**
Plaintiff seeks reinstatement of LTD benefits, back pay, interest, attorney’s fees and costs, and any other appropriate relief.

**VII. JURY DEMAND**
Plaintiff acknowledges ERISA claims are decided by the Court and does not demand a jury trial.

Respectfully submitted,

Christina K. Butler
Plaintiff, Pro Se
Naperville, Illinois
Phone: 630-857-8656
Email: ChristinaButler215@gmail.com