BC
1:25-CV-15452

FILED
1/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

Plaintiff’s Local Rule 3.2 Statement of Affiliates

Plaintiff, Christina Kay Butler, is an individual proceeding pro se.

Plaintiff has conducted a diligent review and states that she has no affiliates as defined under Local Rule 3.2.

Plaintiff will promptly notify the Court if this information changes.

Plaintiff has conducted a reasonable inquiry and states that she has no affiliates, subsidiaries, or parent corporations within the meaning of Local Rule 3.2.

Accordingly, no disclosure of affiliates is required.

Dated:01/05/2026

/s/ Christina Kay Butler
Christina Kay Butler
Plaintiff, Pro Se