BC

FILED
1/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

Civil Action No. **1:25-cv-15452**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **The Lincoln National Life Insurance Company**
was recieved by me on **1/29/2026:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Derrick Hackett**, who is designated by law to accept service of process on behalf of **The Lincoln National Life Insurance Company** at **208 S. LaSalle Street Suite 814, Chicago, IL 60604** on **01/29/2026 at 2:10 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 01/29/2026

*Server's signature*

**Christopher Anthony Rodriquez**
*Printed name and title*

**227 W. Monroe Street**
**Suite 2117**
**Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Derrick Hackett who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**

Tracking #: **0206004701**