BC

FILED
2/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Christina Kay Butler,
Plaintiff,

v.

The Lincoln National Life Insurance Company,
Defendant.

Case No. 1:25-cv-15452

PROOF OF SERVICE

I, Christina Kay Butler, certify that on February 17, 2026, I served the Summons and Complaint in this action by certified mail upon:

Illinois Department of Insurance
Office of the Director
320 W. Washington Street
Springfield, Illinois 62767

Service was made pursuant to Illinois law for service upon an authorized insurance company.

The documents were sent via United States Postal Service Certified Mail, tracking number 7020 0090 0000 2029 8315, and were delivered on February 18, 2026 at 8:26 a.m., as confirmed by USPS tracking.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

/s/ Christina Kay Butler
Christina Kay Butler
6S 170 Carlyle Ct
Naperville, IL 60540
(630) 857-8656
christinabutler215@gmail.com