BC

FILED
3/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CHRISTINA K. BUTLER,**
**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
**Defendant.**

**Case No. 1:25-cv-15452**
**Judge: Joan H. Lefkow**

---

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

**Plaintiff, Christina K. Butler, proceeding pro se, responds to Defendant The Lincoln National Life Insurance Company's Counterclaim as follows:**

---

## GENERAL RESPONSE

**Plaintiff denies each and every allegation contained in Defendant's Counterclaim except those expressly admitted herein.**

---

## RESPONSES TO COUNTERCLAIM

1. Plaintiff denies that she breached any terms of the Long-Term Disability Plan.
2. Plaintiff denies that she failed or refused to reimburse Defendant. Plaintiff states that Defendant wrongfully terminated her Long-Term Disability benefits, and any alleged overpayment is disputed.
3. Plaintiff denies that Defendant is entitled to reimbursement, a

constructive trust, or any equitable relief.

4. Plaintiff denies that Defendant is entitled to attorneys' fees or costs.
5. Plaintiff denies all remaining allegations in the Counterclaim.

---

**AFFIRMATIVE DEFENSES**

**Without assuming any burden not otherwise imposed by law, Plaintiff asserts the following defenses:**

**1. Failure to State a Claim**

**Defendant's Counterclaim fails to state a claim upon which relief can be granted.**

**2. Offset and Waiver**

**Any alleged overpayment is the result of Defendant's own actions, including its decision to terminate Plaintiff's benefits. Defendant is not entitled to recover amounts under these circumstances.**

**3. Unclean Hands**

**Defendant's conduct, including the improper termination of Plaintiff's benefits without a full and fair review, bars recovery under equitable principles.**

**4. ERISA Violation**

**Defendant failed to provide a full and fair review of Plaintiff's claim as required under ERISA, and therefore is not entitled to equitable relief.**

**5. Equitable Considerations**

**Requiring Plaintiff, a disabled individual with limited income, to repay benefits would be unjust and inequitable.**

**6. Reservation of Rights**

Plaintiff reserves the right to assert additional defenses as may become known.

---

WHEREFORE

Plaintiff respectfully requests that the Court:

- Deny Defendant's Counterclaim in its entirety;
- Enter judgment in favor of Plaintiff;
- Grant any other relief the Court deems just and proper.

---

Respectfully submitted,

/s/ Christina K. Butler
Christina K. Butler
Plaintiff, Pro Se
6S 170 Carlyle Court
Naperville, Illinois 60540
christinabutler215@gmail.com

---

CERTIFICATE OF SERVICE

I, Christina K. Butler, certify that on this 27th day of March, 2026, I filed the foregoing Plaintiff's Answer to Defendant's Counterclaim with the Clerk of the Court using the Court's electronic filing system, which will send notification of such filing to:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
Email: iwana@rademaekerslaw.com

I further certify that I have also sent a copy of this document via email to the above-listed counsel.

/s/ Christina K. Butler

**Christina K. Butler**