BC

FILED
4/7/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINA K. BUTLER,
Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
Defendant.

Case No. 1:25-cv-15452
Judge: Joan H. Lefkow

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Christina K. Butler, proceeding pro se, respectfully moves this Court to appoint counsel to represent her in this matter pursuant to 28 U.S.C. § 1915(e)(1), and in support thereof states as follows:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL

Plaintiff is a 61-year-old severely disabled woman. Her only source of income is Social Security Disability Insurance of approximately $1,860 per month. Her husband works 12-hour rotating shifts as the sole wage earner supporting their household, which includes one college-age child living at home. Plaintiff also serves as the primary caregiver for her elderly mother, and lost her father to Alzheimer's disease last year while also caring for him during his illness.

Plaintiff has been without her Long-Term Disability benefits of $2,590 per month since December 19, 2024 — over 15 months — due to Defendant's wrongful termination of her benefits. Despite diligent efforts, Plaintiff has been unable to secure ERISA counsel due to her limited disability income.

2. PLAINTIFF HAS MADE DILIGENT EFFORTS TO OBTAIN COUNSEL

Plaintiff has contacted the following attorneys and firms seeking representation:

- DeBofsky Law, Chicago IL
- Fields Law Firm / Jennifer Ratsabout

- Dabdoub Law Firm
- Jay Symonds, DI Attorney
- Bartolic Law, Chicago IL
- Comerford Law Office, Chicago IL

Plaintiff has also worked with the Hibbler Memorial Pro Se Assistance Program at the Uptown People's Law Center. Despite all of these efforts, Plaintiff has been unable to secure legal representation.

3. THIS CASE IS LEGALLY AND FACTUALLY COMPLEX

This case involves the Employee Retirement Income Security Act of 1974 (ERISA), a highly technical area of federal law. The case involves:

- Review of a substantial administrative record
- Complex ERISA standards of review
- Defendant's counterclaim seeking reimbursement of Social Security disability benefits
- Procedural violations including Defendant's failure to conduct a full and fair review
- Defendant's failure to appear at the April 1, 2026 status hearing despite having filed an Answer and Counterclaim, resulting in a court order directing defense counsel to appear at the April 8, 2026 hearing

The complexity of ERISA litigation significantly exceeds the ability of a pro se plaintiff to effectively navigate, particularly one who is severely disabled and managing serious ongoing medical conditions including ANCA-associated vasculitis, mononeuritis multiplex, neuropathy, foot drop, chronic pain, fatigue, and complications of immunosuppressive therapy.

4. PLAINTIFF HAS A MERITORIOUS CLAIM

Plaintiff's case has significant merit:

- The Social Security Administration independently found Plaintiff disabled as of August 13, 2023
- Lincoln's own final denial letter dated September 5, 2025 contains an internal contradiction — it states Plaintiff submitted no additional information while the same letter acknowledges receiving Plaintiff's medical documents on the appeal deadline of August 8, 2025
- Lincoln relied solely on a paper-only peer review by a physician who never examined Plaintiff

- Lincoln initially approved and paid Plaintiff's LTD benefits, then terminated them without conducting a full and fair review as required by ERISA

5. APPOINTMENT OF COUNSEL WOULD SERVE THE INTERESTS OF JUSTICE

Given the complexity of ERISA law, Plaintiff's severe disability and caregiving responsibilities, her inability to afford counsel despite diligent efforts, and the merits of her claim, appointment of counsel would serve the interests of justice and ensure a fair and equal resolution of this matter.

WHEREFORE, Plaintiff Christina K. Butler respectfully requests that this Court appoint counsel to represent her in this proceeding.

Respectfully submitted,

/s/ Christina K. Butler
Christina K. Butler, Pro Se Plaintiff
6S170 Carlyle Court
Naperville, Illinois 60540
Phone: (630) 857-8656
Email: Christinabutler215@gmail.com
Date: April 7,2026

CERTIFICATE OF SERVICE

I, Christina K. Butler, certify that on April 1, 2026, I filed the foregoing with the Clerk of Court via the pro se portal, and that service will be made upon the following via the Court's CM/ECF system:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
iwana@rademaekerslaw.com

/s/ Christina K. Butler
Christina K. Butler