# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

---

Case Title: Christina K. Butler v. The Lincoln National Life Ins. Co.

Case Number: 1:25-cv-15452

An appearance is hereby filed by the undersigned as attorney for:
Christina K. Butler


Attorney name (type or print): William Reynolds

Firm: The Law Offices of Chicago-Kent College of Law

Street address: 565 West Adams Street, Suite 600

City/State/Zip: Chicago, IL 60661

Bar ID Number: IL 6313812
(See item 3 in instructions)

Telephone Number: 312-906-5000

Email Address: wreynold@illinoistech.edu


Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 16, 2026

Attorney signature: S/ *William Reynolds*
(Use electronic signature if the appearance form is filed electronically.)