**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Christina K. Butler

Plaintiff,

v.

Case No.: 1:25−cv−15452
Honorable Joan H. Lefkow

The Lincoln National Life Insurance Company

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 7, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred for discovery supervision and settlement conference [26]. By 5/21/2026, the parties shall conduct a Rule 26(f) conference and file a joint status report setting forth the information in the Court's Standing Order for Initial Joint Status Reports. The parties are advised that they may contact this Court's courtroom deputy if at any point they are mutually interested in scheduling a settlement conference with the Court. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.