IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BUTLER,<br><br>*Plaintiff/Counter-Defendant*,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendant/Counter-Plaintiff* | Case No. 1:25-cv-15452<br><br>Hon. Joan Lefkow<br><br>Magistrate Judge Jeannice Appenteng |

**JOINT INITIAL STATUS REPORT**

Plaintiff, Christina Butler ("Butler" or "Plaintiff"), by her attorney, and Defendant, The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), by its attorneys, jointly state as follows:

**1. Description of Claims and Relief Sought.**

a. Plaintiff alleges that Defendant wrongly terminated her long-term disability ("LTD") claim under her employer-sponsored disability policy and that she remains eligible for ongoing LTD benefits. Jurisdiction for all claims and counterclaims is based upon the Employee Retirement Income Security Act of 1974 ("ERISA"); and in particular, 29 U.S.C. §§ 1132(e)(1) and 1132(f).

b. Plaintiff seeks payment of LTD benefits pursuant to ERISA § 502(a)(1)(B) (29 U.S.C. § 1132(a)(1)(B)). Plaintiff also seeks attorneys' fees under ERISA § 502(g) (29 U.S.C. § 1132(g)). Defendant has brought a counterclaim against Plaintiff seeking reimbursement of overpaid LTD benefits.

**2. Referral Cases.**

The parties sought referral to the magistrate judge for purposes of holding a settlement conference; however, the District Court referred the matter for that purpose and for discovery supervision.

**3. Discovery Schedule.**

There is no current discovery schedule. Defendant has produced a copy of the administrative/claim file record.

The parties propose a modified discovery schedule going forward given the complexities of discovery in ERISA claims. If further discovery is necessary and determined by the Court to be permissible, it will be limited to information not already available in the administrative/claim file record, and the party seeking extra-record discovery shall notify the Court by motion of the discovery it seeks and the justification for seeking that discovery.

**4. Consideration of Issues Concerning ESI.**

None.

**5. Settlement.**

Plaintiff has just made an initial settlement demand on Defendant. The parties believe that a settlement conference would be helpful and request that one be scheduled.

**6. Magistrate Judge Consent.**

The parties have informed their clients about proceeding before the Magistrate Judge for all purposes, but do not unanimously consent to that procedure.

**7. Pending Motions.**

None

**8. Other Matters.**

None.

Dated: May 21, 2026

Respectfully submitted,

/s/ *William Reynolds*

William T. Reynolds
**The Law Offices of Chicago-Kent College of Law**
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5000

*Counsel for Plaintiff, Christina Butler*

/s/ *Iwana Rademaekers (w/ consent)*

Iwana Rademaekers
**Law Offices of Iwana Rademaekers, P.C.**
17304 Preston Road, Suite 800
Dallas, TX 75252
(214) 579-9319

*Counsel for Defendant, The Lincoln National Life Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I, William Reynolds, an attorney, certify that on May 21, 2026, I caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

/s/ *William Reynolds*