# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name William T. Reynolds, IV

Firm William Reynolds Law, Ltd.

Street Address 33 N Dearborn, Suite 1000

City/State/Zip Code Chicago, IL 60602

Phone Number (630) 600-9922

Email address bill@reynoldsand.com

ARDC (Illinois State Bar members, only) 6313812

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:26-cv-05253 | Anderson Burns v. New York | Jeffrey I. Cummings |
| 1:26-cv-04504 | Fields v. Dearborn Life Ins. Co | Edmond E. Chang |
| 1:26-cv-01447 | Harris v. Hartford Life and Ac | Lindsay C. Jenkins |
| 1:25-cv-15452 | Butler v. The Lincoln National | Joan H. Lefkow |
| 1:25-cv-14865 | Paul-Overall v. Unum Life Ins | John J. Tharp, Jr. |
| 1:25-cv-13786 | Holmes v. Hartford Life and A | Thomas M. Durkin |

/s/ William Reynolds
Signature of Attorney

5/30/2026
Date

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name William T. Reynolds, IV

Firm William Reynolds Law, Ltd.

Street Address 33 N Dearborn, Suite 1000

City/State/Zip Code Chicago, IL 60602

Phone Number 312-600-9922

Email address bill@reynoldsand.com

ARDC (Illinois State Bar members, only) 6313812

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:25-cv-11914 | Dehm v. Reliastar Life Ins. Co | Charles P. Kocoras |
| 1:25-cv-09809 | Stoicescu v. Metropolitan Life | April M. Perry |
| 1:25-cv-04863 | Soni v. Paul M. Angell Family | Sunil R. Harjani |
| | | |
| | | |
| | | |

/s/ William Reynolds
Signature of Attorney

5/30/2026
Date