**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christina K. Butler

Plaintiff,

v.

Case No.: 1:25−cv−15452
Honorable Joan H. Lefkow

The Lincoln National Life Insurance Company

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: Remote video settlement conference is set for 9/10/2026 at 9:00 a.m. In advance of the settlement conference, counsel for the parties will receive the instructions via email for participation in the remote settlement conference. All participants must be available at 8:30 a.m. on the day of the conference to receive and open a link to Webex and be instructed by the Courtroom Deputy on using the camera, audio, and messaging features. An off−the−record pre−settlement conference telephone call is set for 9/1/2026 at 1:30 p.m. The conference dial−in information will be provided to the parties prior to the call. The tracking status set for 7/9/2026 is stricken. Mailed notice(kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.