**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christina K. Butler

Plaintiff,

v.

Case No.: 1:25−cv−15452
Honorable Joan H. Lefkow

The Lincoln National Life Insurance Company

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The off−the−record pre−settlement conference telephone call set for 9/1/2026 is stricken and reset to 8/24/2026 at 2:00 p.m. The conference dial−in information will be provided to the parties prior to the call. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.