**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christina K. Butler
Plaintiff,
v.
Case No.: 1:25−cv−15452
Honorable Joan H. Lefkow
The Lincoln National Life Insurance Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: Off−the−record telephone conference held 8/24/2026, in furtherance of settlement. The 9/10/2026 settlement conference stands. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.